UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
CHARLES STURDIVANT,

                      Petitioner,

                      MEMORANDUM & ORDER

          -against-

                      CV-03-4516 (RJD)

PHILLIPS, SUPERINTENDENT,

                      Respondent.
-----------------------------------------------------------x
DEARIE, Chief Judge.

      The transmission to petitioner of this Court's order dated April 24, 2008 was returned by his facility to the Clerk's Office with a notation indicating that petitioner is deceased. Using the electronic inmate database maintained by the Department of Corrections, the Court has independently confirmed that an inmate at petitioner's facility bearing petitioner's name and Department Identification Number (97A1574) is listed as deceased. The Court has also been furnished with a copy of the facility's internal "notification of death" with respect to petitioner. Accordingly, the Court hereby orders the petition dismissed as moot and directs the Clerk of the Court to close this case.

SO ORDERED.

Dated: Brooklyn, New York
       May 14, 2008

                                        s/ Judge Raymond J. Dearie
                                        RAYMOND J. DEARIE
                                        United States District Judge

```
*************************************************************************
***  REQUESTOR: 390IRC - Palmer, Judy            Mohawk                ***
*************************************************************************
***              S Y S M   O U T B A S K E T   P R I N T              ***

MESSAGE ID: 087528      DATE: 08/10/06  TIME: 10:16am  PRIORITY: 000

SUBJECT:    INMATE DEATH 97A1574
=========================================================================
                        EXPIRED
=========================================================================

TO:       WATCH COMMANDER
FROM:     J. PALMER, IRC II
DATE:     8/10/06
SUBJECT:  97A1574 STURDIVANT, CHARLES - EXPIRED

THE ABOVE SUBJECT INMATE DIED ON WEDNESDAY, 8/9/06 IN
WALSH MEDICAL.

PLEASE FORWARD ALL RECORDS TO THE IRC OFFICE IMMEDIATELY!!!!


Chart Office      I.D.                  Draft
State Shop        Walsh Med X-Ray       Package Room (2)

Sent to:   PAROLE                  <list>                      (to)
           390DS                   General, Correspondence     (to)
           WALSH                   <list>                      (to)
```



**STATE OF NEW YORK**
DEPARTMENT OF CORRECTIONAL SERVICES

# MOHAWK CORRECTIONAL FACILITY

6100 SCHOOL ROAD
P.O. BOX 8450
ROME, NEW YORK 13442
(315) 339-5232

**BRIAN FISCHER**
COMMISSIONER

**LEO E. PAYANT**
SUPERINTENDENT

# FAX TRANSMITTAL

TO: Morgan J. Dennehy       Phone #: _____
    ADA Kings County        Fax #: 718-250-2549

FROM: Judy L. Palmer, Inmate Records   Phone #: 315-339-5232 X4100
                                        Fax #: 315-339-5232 X4199

DATE: 5/12/08

There are __2__ pages (including this transmittal).

Message:

Per our conversation — attached is a copy of the facility notification of death for inmate 97A1574 Sturdivant.

Please let me know if you need anything else.

Thank you.

If you have any problems receiving this fax, please call me: _____

### CONFIDENTIALITY NOTE:

The information contained in this facsimile transmission may include privileged and confidential information intended only for the use of the individual or entity to which the transmission is addressed. If you are not the intended recipient, you are hereby notified that any disclosure, dissemination, distribution or copying of this transmission is strictly prohibited. If you have received this transmission in error, please notify this office immediately so that we can arrange for return of the document to us.



# OFFICE OF THE DISTRICT ATTORNEY, KINGS COUNTY

CHARLES J. HYNES
*District Attorney*

RENAISSANCE PLAZA at 350 JAY STREET BROOKLYN, N.Y. 11201-2908  (718) 250-2000

## FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| John Quinn, Esq. | MORGAN DENNEHY |

| OF: | DATE: |
|---|---|
| EDNY | MAY 12, 2008 |
| **FAX NUMBER:** | **TOTAL NO. OF PAGES INCLUDING COVER:** |
| 718-613-2437 | 2 |
| **RE:** | **OUR INDICTMENT NUMBER:** |
| Sturdivant v. Phillips<br>CV-03-4516 (RJD) | 6686/96 |

☐ URGENT   ☐ FOR REVIEW   ☐ PLEASE COMMENT   ☐ PLEASE REPLY   ☐ PLEASE RECYCLE

**Notes/Comments: Hopefully, this document will suffice to close out Mr. Sturdivant's case.**

IF YOU DO NOT RECEIVE ALL THE PAGES, PLEASE CONTACT ME:
TEL: (718) 250-2515
FAX: (718) 250-2549
EMAIL: DENNEHYM@BROOKLYNDA.ORG

**WARNING:**
THIS MESSAGE IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND CONTAINS INFORMATION THAT IS PRIVILEGED AND CONFIDENTIAL.
If the recipient of this message is **not** the intended recipient or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original to us at the above address via the U.S. Postal Service. Thank You.